[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 5, 2010
JOHN LEY
CLERK

_____

No. 09-12164

_____

D. C. Docket No. 08-00041-CV-CDL-3

A.B.,
L.B.,
R.B.,

Plaintiffs-Appellants,

versus

CLARKE COUNTY SCHOOL DISTRICT,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 5, 2010)

Before BIRCH, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having

had the benefit of oral argument, we AFFIRM the judgment of the district court.